# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Musee du Louvre,

Plaintiff(s),

v.

SEE Global Attractions, Inc. et al,

Defendant(s).

Case No. 22-cv-6733
Judge Nancy L. Maldonado

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $         ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Plaintiff Musee du Louvre and against Defendants SEE Global Attractions, Inc. and SEE Global Entertainment, Inc. under the terms set forth in the offer of judgment.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Nancy L. Maldonado on a motion/order dated 8/11/23.

Date: 8/11/2023

Thomas G. Bruton, Clerk of Court

Carmen Acevedo, Deputy Clerk